UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CRAIG DULWORTH** and **BRIANNA DULWORTH,**<br><br>                    Plaintiffs,<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC,** and **ALLY FINANCIAL, INC.,**<br><br>                    Defendants. | Case No. 1:22-cv-00469-JMS-MJD |

### ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ALLY FINANCIAL, INC.

Plaintiffs and Defendant Ally Financial, Inc., by and through counsel, having filed a Stipulation of Dismissal with Prejudice of Defendant Ally Financial, Inc., and the Court, being duly advised, now finds that the same should be GRANTED [152].

IT IS, THEREFORE, ORDERED that the claims of Plaintiffs Craig Dulworth and Brianna Dulworth against Defendant Ally Financial, Inc., ONLY, are dismissed with prejudice. Plaintiffs Craig Dulworth and Brianna Dulworth and Defendant Ally Financial, Inc. shall each bear their own costs and attorneys' fees.

Date: 4/27/2023

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.