UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CRAIG DULWORTH and BRIANNA DULWORTH, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) 1:22-cv-00469-JMS-MJD |
| vs. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS INC. and EQUIFAX INFORMATION SERVICES, LLC, | ) ) |
| | ) |
| *Defendants.* | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiffs and in favor of Defendants. Plaintiffs shall take nothing by way of their Second Amended Complaint against Defendant Equifax Information Services, LLC and their claims against Experian Information Solutions Inc. are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Date: 5/22/2024

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1